United States District Court
Southern District of Texas
**ENTERED**
March 29, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC, <br> as Broadcast Licensee of the November 22, 2014 <br> Manny Pacquiao v. Chris Algieri WBO <br> Welterweight Championship Fight Program, <br><br> Plaintiff, <br><br> v. <br><br> FELIPE VEGA GONZALEZ a/k/a FELIPE <br> GONZALEZ VEGA, individually, and d/b/a <br> DON FELIPE TAQUERIA #1 a/k/a TAQUERIA <br> DON FELIPE, <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § Civil Action No. 7:17-cv-00448 <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## AGREED JUDGMENT

Plaintiff J&J Sports Productions, Inc. ("Plaintiff") and Defendant Felipe Vega Gonzalez a/k/a Felipe Gonzalez Vega, individually, and d/b/a Don Felipe Taqueria #1 a/k/a Taqueria Don Felipe ("Defendant") agree that the Court should sign and cause to be entered this *Agreed Judgment* in favor of Plaintiff and against Defendant.

IT IS, THEREFORE, ADJUDGED and DECREED that Plaintiff recover from Defendant:

- Damages in the amount of $15,000.00;

- Court costs; and

- Interest on all sums awarded herein, at the rate of 2.06% from the date of entry of this *Agreed Judgment*

It is ordered that all writs and process for the enforcement and collection of this *Agreed Judgment* may issue as necessary. ~~In connection with any Writ of Execution in this case, the~~

~~Court directs the United States Marshals Service to use any means or force reasonably necessary to satisfy this *Agreed Judgment*.~~ *per*

This *Agreed Judgment* is a final judgment. Therefore, any relief not expressly granted herein is denied.

DONE on this **29th** day of **March**, 2019, at McAllen, Texas.

_____
Ricardo H. Hinojosa
United States District Judge

AGREED TO:

By: _____
David M. Diaz
Attorney-in-charge
State Bar No. 24012528
Southern District Bar No. 889588
ddiaz@kbdtexas.com
Andrew R. Korn
Of Counsel
State Bar No. 11683150
Southern District Bar No. 13801
akorn@kbdtexas.com

THE KORN DIAZ FIRM
4221 Avondale Avenue
Dallas, Texas 75219
(214) 521-8800 – Telephone
(214) 521-8821 – Facsimile

ATTORNEYS FOR PLAINTIFF

By: _____
Mario Rodriguez
State Bar No. 00784866
legalag@aol.com

THE RODRIGUEZ LAW FIRM
1111 W. Nolana Ave.
McAllen, TX 78504-3747
(956) 971-0067- Telephone

ATTORNEY FOR DEFENDANT